# EXHIBIT
# F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAWRENCE D. RENFROW, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | NO. H-04-4470 |
| | § | |
| WAY SERVICE, LTD., | § | JURY DEMANDED |
| | § | |
| DEFENDANT. | § | |

## DECLARATION OF G. MARK JODON

I, G. Mark Jodon, hereby declare as follows:

1.      I am over the age of eighteen (18) and am competent to make this declaration.  I have never been convicted of a felony or a crime involving moral turpitude.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I am a shareholder in the Houston office of Littler Mendelson, P.C.  I am licensed to practice law in the State of Texas.  I am board certified in labor and employment law by the Texas Board of Legal Specialization.

3.      I represent Way Service, Ltd. ("Way Service") in the above-captioned lawsuit filed by Lawrence D. Renfrow ("Renfrow").  My billing rate for services provided by me to Way Service in this matter was $315.00 per hour until February 2005.  In February 2005, my billing rate for services provided by me to Way Service in this matter increased to $335.00 per hour.  The attorneys' fees charged by me in this matter are for legal services provided by me to Way Service and have been reasonable and necessary.  In addition to my services, J. Daniel Rodriguez and Allan H. Neighbors, IV, associate attorneys in the Houston office of Littler Mendelson, P.C., have provided services to Way Service in this matter.  Mr. Rodriguez's rate is $270.00 per hour.

Mr. Neighbors' rate is $210.00 per hour.  Mr. Rodriquez and Mr. Neighbors' services in this matter have been reviewed and supervised by me and the attorneys' fees incurred for services provided by each have been reasonable and necessary.

      4.      I am one of the custodians of records for the law firm of Littler Mendelson, P.C. Attachment 1 to this declaration are portions of bills sent to my client Way Service for services performed in connection with the above-referenced cause.  The excerpted portions represent the expenses incurred defending the above-entitled entitled action.  These records are kept by Littler Mendelson, P.C. in the regular course of business, and it was and is the regular course of business of Littler Mendelson, P.C., with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The records attached hereto are the original or exact duplicates of the original, listing expenses with attorney billing descriptions omitted or redacted.

      5.      As represented by the bills attached hereto as Attachment 1, I have charged Way Service reasonable and necessary attorneys' fees in the amount of $18,802.00 for the legal services provided by myself, Mr. Rodriquez, and Mr. Neighbors. This amount is in addition to $9,489.50 for legal services provided the month of July 2005 that have not yet billed to Way Service.  The total amount of attorneys' fees charged and billed to Way Service in this matter to date has been $28,291.50.  All attorneys' fees charged in this matter have been reasonable and necessary.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

      Executed on August 4, 2005.

G. Mark Jodon

2

# ATTACHMENT
# 1





**DATE:** December 20, 2004

**CLIENT:** REDACTED

**Privileged & Confidential**

**CLIENT MATTER NUMBER:** 035945.1006

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

**BILLING ATTORNEY:** REDACTED

**INVOICE:** 3047631

---

Legal Services for the period ending November 30, 2004

| | |
|---|---|
| Total Fees for Services Rendered | $4,000.50 |
| Total Disbursements | $15.00 |
| **Total Amount Due This Invoice** | **$4,015.50** |

*Payment due upon receipt*

---

LITTLER MENDELSON, P. C.    THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ®
P. O. Box 45547, San Francisco, CA 94145.0547  Phone: 800.264.1031  Fax: 415.399.8490

DATE: December 20, 2004

Invoice No. 3047631

Page 2

CLIENT
MATTER
NUMBER: 035945.1006

CLIENT: WAY SERVICE LTD.

MATTER: RENFROW AGE DISCRIMINATION LAWSUIT

**Legal Services for the Period Ending November 30, 2004**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | REDACTED | REDACTED | REDACTED |

| | | | Hours | Amount |
|------|----------|-------------|-------|--------|
| **Total Legal Fees** | | | **12.70** | **$4,000.50** |

**Fees Summary**

| Timekeeper | | Hours | Rate | Fees |
|------------|--|-------|------|------|
| Gerald Mark Jodon | Shareholder | 12.70 | 315.00 | 4,000.50 |
| **Total Legal Fees** | | **12.70** | | **$4,000.50** |

**Disbursements**

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| | Fax | 10 | 1.50 | 15.00 |

| DATE: | December 20, 2004 | Invoice No. 3047631 |
|---|---|---|

**CLIENT MATTER NUMBER:** 035945.1006

**CLIENT:** WAY SERVICE LTD.

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

| | |
|---|---:|
| **Total Disbursements** | $15.00 |
| **Total Amount Due For This Invoice** | $4,015.50 |





DATE: January 24, 2005

CLIENT: REDACTED

CLIENT MATTER NUMBER: 035945.1006

MATTER: RENFROW AGE DISCRIMINATION LAWSUIT

BILLING ATTORNEY: REDACTED

INVOICE: 3053332

---

Legal Services for the period ending December 31, 2004

| | |
|---|---|
| Total Fees for Services Rendered | $2,946.00 |
| Total Disbursements | $74.99 |
| **Total Amount Due This Invoice** | **$3,020.99** |

*Payment due upon receipt*

---

LITTLER MENDELSON, P. C.    THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ®
P. O. Box 45547, San Francisco, CA 94145.0547  Phone: 800.264.1031  Fax: 415.399.8490

| | |
|---|---|
| **DATE:** | January 24, 2005 |
| **CLIENT MATTER NUMBER:** | 035945.1006 |
| **CLIENT:** | WAY SERVICE LTD. |
| **MATTER:** | RENFROW AGE DISCRIMINATION LAWSUIT |

**Invoice No. 3053332**

Page 2

**Legal Services for the Period Ending December 31, 2004**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|



| | | |
|---|---|---|
| **DATE:** | January 24, 2005 | **Invoice No. 3053332** |
| | | Page 3 |
| **CLIENT MATTER NUMBER:** | 035945.1006 | |
| **CLIENT:** | WAY SERVICE LTD. | |
| **MATTER:** | RENFROW AGE DISCRIMINATION LAWSUIT | |

REDACTED

| | | |
|---|---|---|
| **Total Legal Fees** | **9.60** | **$2,946.00** |

## Fees Summary

| Timekeeper | | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | 8.40 | 315.00 | 2,646.00 |
| J. Daniel Rodriguez | Associate | 1.20 | 250.00 | 300.00 |
| **Total Legal Fees** | | **9.60** | | **$2,946.00** |

## Disbursements

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Duplication | 289 | 0.15 | 43.35 |
| | Fax | 9 | 1.50 | 13.50 |
| | Postage | | | 18.14 |
| **Total Disbursements** | | | | **$74.99** |

| | |
|---|---|
| **Total Amount Due For This Invoice** | **$3,020.99** |



**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION

**INVOICE SUMMARY**

**DATE:** February 21, 2005

**CLIENT:** REDACTED

**CLIENT MATTER NUMBER:** 035945.1006

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

**BILLING ATTORNEY:** REDACTED

**INVOICE:** 3058665

Legal Services for the period ending January 31, 2005

| | |
|---|---|
| Total Fees for Services Rendered | $1,046.00 |
| Total Disbursements | $106.60 |
| **Total Amount Due This Invoice** | **$1,152.60** |

*Payment due upon receipt*

LITTLER MENDELSON, P. C.    THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ®
P. O. Box 45547, San Francisco, CA 94145.0547  Phone: 800.264.1031  Fax: 415.399.8490

**DATE:**  February 21, 2005

**CLIENT MATTER NUMBER:**  035945.1006

**CLIENT:**  WAY SERVICE LTD.

**MATTER:**  RENFROW AGE DISCRIMINATION LAWSUIT

Invoice No. 3058665

Page 2

**Legal Services for the Period Ending January 31, 2005**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|







| | | |
|---|---|---|
| **DATE:** | February 21, 2005 | **Invoice No. 3058665** |
| | | Page 3 |
| **CLIENT MATTER NUMBER:** | 035945.1006 | |
| **CLIENT:** | WAY SERVICE LTD. | |
| **MATTER:** | RENFROW AGE DISCRIMINATION LAWSUIT | |

| | | |
|---|---|---|
| **Total Legal Fees** | **3.20** | **$1,046.00** |

## Fees Summary

| Timekeeper | | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | 1.30 | 315.00 | 409.50 |
| Gerald Mark Jodon | Shareholder | 1.90 | 335.00 | 636.50 |
| **Total Legal Fees** | | **3.20** | | **$1,046.00** |

## Disbursements

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 01/24/05 | Record/Document Retrieval - - COURTHOUSE NEWS SERVICE 12/30/04 Downloaded copy of document number: H-04-4470; Lawrence Renfrow v. Way Services Ltd. from USDC Southern District of Texas | | | 38.50 |
| | Duplication | 454 | 0.15 | 68.10 |
| **Total Disbursements** | | | | **$106.60** |

| | |
|---|---|
| **Total Amount Due For This Invoice** | **$1,152.60** |



**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION

**INVOICE SUMMARY**

**DATE:** March 18, 2005

**CLIENT:**

REDACTED

**CLIENT MATTER NUMBER:** 035945.1006

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

**BILLING ATTORNEY:** REDACTED

**INVOICE:** 3064425

---

Legal Services for the period ending February 28, 2005

| | |
|---|---|
| Total Fees for Services Rendered | $234.50 |
| Total Disbursements | $4.80 |
| **Total Amount Due This Invoice** | **$239.30** |

*Payment due upon receipt*

---

LITTLER MENDELSON, P. C.     THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ®
P. O. Box 45547, San Francisco, CA 94145.0547  Phone: 800.264.1031  Fax: 415.399.8490

| | |
|---|---|
| **DATE:** | March 18, 2005 |
| **CLIENT MATTER NUMBER:** | 035945.1006 |
| **CLIENT:** | WAY SERVICE LTD. |
| **MATTER:** | RENFROW AGE DISCRIMINATION LAWSUIT |

Invoice No. 3064425

Page 2

### Legal Services for the Period Ending February 28, 2005

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | REDACTED | | |

| | | | | |
|---|---|---|---|---|
| **Total Legal Fees** | | | **0.70** | **$234.50** |

### Fees Summary

| Timekeeper | | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | 0.70 | 335.00 | 234.50 |
| **Total Legal Fees** | | **0.70** | | **$234.50** |

### Disbursements

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Duplication | 32 | 0.15 | 4.80 |

**DATE:** March 18, 2005

**Invoice No. 3064425**

Page 3

**CLIENT MATTER NUMBER:** 035945.1006

**CLIENT:** WAY SERVICE LTD.

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

| | |
|---|---|
| **Total Disbursements** | **$4.80** |
| **Total Amount Due For This Invoice** | **$239.30** |



# LITTLER MENDELSON

A PROFESSIONAL CORPORATION

**INVOICE SUMMARY**

DATE: April 22, 2005

CLIENT: REDACTED

CLIENT MATTER NUMBER: 035945.1006

MATTER: RENFROW AGE DISCRIMINATION LAWSUIT

BILLING ATTORNEY: REDACTED

INVOICE: 3070520

---

Legal Services for the period ending March 31, 2005

| | |
|---|---:|
| Total Fees for Services Rendered | $871.00 |
| Total Disbursements | $6.76 |
| **Total Amount Due This Invoice** | **$877.76** |

*Payment due upon receipt*

---

LITTLER MENDELSON, P. C.    THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ®
P. O. Box 45547, San Francisco, CA 94145.0547  Phone: 800.264.1031  Fax: 415.399.8490

| DATE: | April 22, 2005 | | Invoice No. 3070520 |
|---|---|---|---|

Page 2

| CLIENT MATTER NUMBER: | 035945.1006 |
|---|---|
| CLIENT: | WAY SERVICE LTD. |
| MATTER: | RENFROW AGE DISCRIMINATION LAWSUIT |

**Legal Services for the Period Ending March 31, 2005**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|

REDACTED

| | | | Hours | Amount |
|---|---|---|---|---|
| **Total Legal Fees** | | | **2.60** | **$871.00** |

**Fees Summary**

| Timekeeper | | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | 2.60 | 335.00 | 871.00 |
| **Total Legal Fees** | | **2.60** | | **$871.00** |

**Disbursements**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Duplication | 6 | 0.15 | 0.90 |
| | Fax | 2 | 1.50 | 3.00 |

| | |
|---|---|
| **DATE:** | April 22, 2005 |
| **CLIENT MATTER NUMBER:** | 035945.1006 |
| **CLIENT:** | WAY SERVICE LTD. |
| **MATTER:** | RENFROW AGE DISCRIMINATION LAWSUIT |

**Invoice No. 3070520**

Page 3

| | |
|---|---|
| Postage | 2.86 |
| **Total Disbursements** | **$6.76** |
| | |
| **Total Amount Due For This Invoice** | **$877.76** |



LITTLER MENDELSON*
A PROFESSIONAL CORPORATION

**INVOICE SUMMARY**

**DATE:** May 18, 2005

**CLIENT:** REDACTED

**CLIENT MATTER NUMBER:** 035945.1006

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

**BILLING ATTORNEY:** REDACTED

**INVOICE:** 3076576

Legal Services for the period ending April 30, 2005

| | |
|---|---|
| Total Fees for Services Rendered | $33.50 |
| Total Disbursements | $14.10 |
| **Total Amount Due This Invoice** | **$47.60** |

*Payment due upon receipt*

LITTLER MENDELSON, P. C.    THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ®
P. O. Box 45547, San Francisco, CA 94145.0547  Phone: 800.264.1031  Fax: 415.399.8490

| | |
|---|---|
| **DATE:** | May 18, 2005 |

**Invoice No. 3076576**

Page 2

| | |
|---|---|
| **CLIENT MATTER NUMBER:** | 035945.1006 |
| **CLIENT:** | WAY SERVICE LTD. |
| **MATTER:** | RENFROW AGE DISCRIMINATION LAWSUIT |

**Legal Services for the Period Ending April 30, 2005**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | REDACTED | | |
| **Total Legal Fees** | | | **0.10** | **$33.50** |

**Fees Summary**

| Timekeeper | | Hours | Rate | Fees |
|---|---|---|---|---|
| Gerald Mark Jodon | Shareholder | 0.10 | 335.00 | 33.50 |
| **Total Legal Fees** | | **0.10** | | **$33.50** |

**Disbursements**

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Duplication | 34 | 0.15 | 5.10 |
| | Fax | 6 | 1.50 | 9.00 |
| **Total Disbursements** | | | | **$14.10** |

| | |
|---|---|
| **Total Amount Due For This Invoice** | **$47.60** |




| | |
|---|---|
| **DATE:** | June 22, 2005 |
| **CLIENT:** | WAY SERVICE LTD. |

REDACTED

| | |
|---|---|
| **CLIENT MATTER NUMBER:** | 035945.1006 |
| **MATTER:** | RENFROW AGE DISCRIMINATION LAWSUIT |
| **BILLING ATTORNEY:** | |
| **INVOICE:** | 3083326 |

Legal Services for the period ending May 31, 2005

| | |
|---|---|
| Total Fees for Services Rendered | $9,670.50 |
| Total Disbursements | $62.95 |
| **Total Amount Due This Invoice** | **$9,733.45** |

*Payment due upon receipt*

LITTLER MENDELSON, P.C.    THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ®
P. O. Box 45547, San Francisco, CA 94145.0547  Phone: 800.264.1031  Fax: 415.399.8490

**DATE:** June 22, 2005

**Invoice No. 3083326**

Page 2

**CLIENT MATTER NUMBER:** 035945.1006

**CLIENT:** WAY SERVICE LTD.

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

**Legal Services for the Period Ending May 31, 2005**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



DATE:   June 22, 2005

**Invoice No. 3083326**

Page 3

CLIENT
MATTER
NUMBER:   035945.1006

CLIENT:   WAY SERVICE LTD.

MATTER:   RENFROW AGE DISCRIMINATION LAWSUIT



| | | |
|---|---:|---:|
| **Total Legal Fees** | 31.80 | **$9,670.50** |

## Fees Summary

| Timekeeper | | Hours | Rate | Fees |
|---|---|---:|---:|---:|
| Gerald Mark Jodon | Shareholder | 24.30 | 335.00 | 8,140.50 |
| J. Daniel Rodriguez | Associate | 2.70 | 270.00 | 729.00 |
| Allan Huddleston Neighb | Associate | 2.50 | 210.00 | 525.00 |
| Debra A. Woodruff | Para-Legal | 2.30 | 120.00 | 276.00 |
| **Total Legal Fees** | | **31.80** | | **$9,670.50** |

## Disbursements

| Date | Description | Quantity | Rate | Amount |
|---|---|---:|---:|---:|

| DATE: | June 22, 2005 | | | Invoice No. 3083326 |
|---|---|---|---|---|

Page 4

**CLIENT MATTER NUMBER:** 035945.1006

**CLIENT:** WAY SERVICE LTD.

**MATTER:** RENFROW AGE DISCRIMINATION LAWSUIT

| Date | Description | | | Amount |
|---|---|---|---|---|
| 05/10/05 | Travel-Parking - - G. MARK JODON, 03/02/05 Parking at Courthouse for conference | | | 5.00 |
| | Duplication | 296 | 0.15 | 44.40 |
| | Fax | 2 | 1.50 | 3.00 |
| | Postage | | | 10.55 |
| **Total Disbursements** | | | | **$62.95** |

| | | | | |
|---|---|---|---|---|
| **Total Amount Due For This Invoice** | | | | **$9,733.45** |